## WOODS *v.* ROBERTS.

*Atkinson, J.*—To a proceeding to foreclose a mortgage under the provisions of the pleading act of 1893, a plea of not indebted, though supplemented by the allegation that the mortgage "was obtained by fraud on the part of the plaintiff," without alleging the particular fraudulent acts relied upon to defeat a recovery, is not such an issuable defense as prevents the granting of a rule absolute; and therefore the court did not err in striking such plea.          *Judgment affirmed.*

August 5, 1895.

Foreclosure of mortgage. Before Judge Hunt. Butts superior court. August term, 1894.

*Ray & Ray* and *Harrison & Peeples*, for plaintiff in error.   *J. F. Carmichael* and *J. S. Boynton*, contra.